**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**B&R CAPITAL, LLC,**
    **Plaintiff,**

**v.**                                                    **Case No.:  3:26-cv-787-MCR-ZCB**

**WAYCROSS MANAGEMENT,
LLC, et al.,**
    **Defendants.**
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation dated July 6, 2026.  (Doc. 36).  The Court furnished the Parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 36) is adopted and incorporated by reference in this order.

1

2.      Plaintiff's "Emergency Motion for Preliminary Injunction" (Doc. 3) is

**GRANTED**.

3.      John H. Adams, Esq., is appointed as a special fiduciary of the Trusts.

4.      Plaintiff must submit a proposed preliminary injunction order within

**fourteen days** of the date of this order.

5.      The Report and Recommendation and this Order speak for themselves.

Defendant Jenny Lee Cockrell's objections have been considered and they do not

change the result or warrant further discussion on the preliminary injunction.

**DONE AND ORDERED** this 4th day of August 2026.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**