**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**B&R CAPITAL, LLC,**
**Plaintiff,**

**v.** **Case No.: 3:26-cv-787-MCR-ZCB**

**WAYCROSS MANAGEMENT, LLC, et al.,**
**Defendants.**
_______________________/

# ORDER

The magistrate judge issued a Report and Recommendation dated May 29, 2026. (Doc. 32). The Court furnished the Parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 32) is adopted and incorporated by reference in this order.

2. Defendant Jenny Lee Cockrell's Motion to Dismiss for Improper Venue (Doc. 16) is **DENIED**.

**DONE AND ORDERED** this 27th day of August 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**